No. 328, Misc. McKEAG v. ILLINOIS. Circuit Court of Will County, Illinois. Certiorari denied.

No. 329, Misc. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 332, Misc. ATKINS v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 333, Misc. COLLINGE v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 337, Misc. COLLINS v. PENNSYLVANIA EX REL. WILLIAMS. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *David H. Kubert* for petitioner.

No. 340, Misc. THOMAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 486, Misc. WHITE v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 336, October Term, 1950. DENNIS ET AL. v. UNITED STATES, 341 U. S. 494. The motion of Henry Winston and Gilbert Green for leave to file a second petition for rehearing is denied. MR. JUSTICE CLARK took no part in the consideration or decision of this motion.